AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:26-mj-226-BNW |
| | ) | |
| DELL JOHN NAVATA | ) | Charging District:   Northern Dist. of Illinois |
| *Defendant* | ) | Charging District's Case No.   26-cr-136 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

Place:    Illinois Northern District Court
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

Courtroom No.:  TBD

Date and Time:  TBD

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:       March 31, 2026

_____
*Judge's signature*

BRENDA WEKSLER, United States Magistrate Judge
*Printed name and title*



FILED            RECEIVED
ENTERED          SERVED ON
        COUNSEL/PARTIES OF RECORD

MAR 3 1 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY