# UNITED STATE DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:26-mj-00226-BNW |
| ) vs. ) | Charging District: Northern Dist. of Illinois |
| ) DELL JOHN NAVATA, ) | Charging District Case No.: 26-CR-136 |
| ) ) | **STIPULATION TO CONTINUE HEARING** |
| Defendants. ) | **(First Request)** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    Counsel for the Defendant needs addition time obtain a copy of discovery in order to review and discuss with defendant to prepare for preliminary hearing.

2.    The Defendant is not incarcerated and does not object to the continuance.

3.    The parties agree to the continuance.

4.    The additional time requested herein is not sought for purpose of delay, but merely to allow counsel for Defendant sufficient time to obtain a discovery and to prepare for the Preliminary Hearing.

5.    Additionally, denial of this request for continuance could result in a miscarriage of justice.  The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), considering the factors under Title 18, United States Code, Section 3161 (h)(7)(b)(I), (iv).

3

## CONCLUSIONS OF LAW

The ends of justice served by granted said continuance outweigh the best interest of the public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for Preliminary Hearing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), considering the factors under Title 18, United States Code, Section 3161 (h)(7)(b)(I), (iv).

## ORDER

**IT IS FURTHER ORDERED** that the Preliminary Hearing currently scheduled for April 7, 2026 at 1:00 p.m., be vacated and continued to _June 9_____ at the hour of _10_ : _00_  _a_ .m.

DATED this _6th_ day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

4