# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DELL JOHN NAVATA,<br><br>　　　　　Defendant. | Case No. 2:26-mj-00226-BNW<br><br>Charging District: Northern Dist. of Illinois<br><br>Charging District Case No: 26-CR-136<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the preliminary hearing currently scheduled for June 9, 2026, at 10:00 a.m. be vacated and continued to  August 10, 2026 , at the hour of  10 :  00   a . m. Accordingly, the above stipulation (ECF No. 12) is granted, and the stipulation at ECF No. 11 is denied as moot.

DATED this 20 day of May 2026

_____
UNITED STATES MAGISTRATE JUDGE