**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DELL JOHN NAVATA,

Defendant.

Case No. 2:26-mj-00226-BNW

**ORDER**

**IT IS HEREBY ORDERED** that the preliminary hearing currently scheduled for August 10, 2026, at 10:00 a.m. be vacated and continued to November 10, 2026, at the hour of 1 : 00 p .m..

DATED this 6th day of August 2026

UNITED STATES MAGISTRATE JUDGE