**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DELL JOHN NAVATA,<br><br>Defendant. | Case No. 2:26-mj-00226-BNW<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the preliminary hearing currently scheduled for November 10, 2026, at 10:00 a.m. be vacated and continued to February 16, 2027, at the hour of 3:00 p .m..

DATED this 29th day of October 2026

UNITED STATES MAGISTRATE JUDGE